# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **LANCE BILBERRY** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | Civil Action No. 1:20-cv-00470 |
| | § | |
| **JPMORGAN CHASE BANK, N.A.** | § | |
| | § | |
| *Defendants.* | § | |

## NOTICE OF SETTLEMENT

Defendant and Counter-Plaintiff JPMorgan Chase Bank, N.A. ("Chase") advises the Court that the Parties have resolved all claims asserted in this case and accordingly files this Notice of Settlement. Chase anticipates submitting to the Court within thirty (30) days a Joint Stipulation of Dismissal disposing of all claims in this matter with prejudice. Chase requests that the Court retain this matter on its docket for thirty (30) days pending execution of the settlement documents.

Respectfully submitted,

By: */s/ Gregg D. Stevens*
**GREGG D. STEVENS**
State Bar No. 19182500
**FRANK J. CATALANO**
State Bar No. 24052991
**MCGLINCHEY STAFFORD, PLLC**
6688 N. Central Expressway, Suite 400
Dallas, Texas 75206
Telephone: (214) 445-2406
Facsimile: (214) 445-2450
gstevens@mcglinchey.com
fcatalano@mcglinchey.com

***ATTORNEYS FOR DEFENDANT
JPMORGAN CHASE BANK, N.A.***

## CERTIFICATE OF SERVICE

I certify that on April 15, 2021, a correct copy of the foregoing document was filed with the Clerk of the Court via the Court's CM/ECF system. Notice of this filing has been forwarded to all counsel of record by operation of the Court's electronic filing system.

*/s/ Gregg D. Stevens*
**GREGG D. STEVENS**