# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **LANCE BILBERRY** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| vs. § | Civil Action No. 1:20-cv-00470 |
| § | |
| **JPMORGAN CHASE BANK, N.A.** § | |
| § | |
| *Defendants.* § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the Federal Rule of Procedure 41(a)(1)(A)(ii), Plaintiff Lance Bilberry ("*Plaintiff*") and Defendant JPMorgan Chase Bank, N.A. ("*Defendant*") (collectively the "*Parties*") stipulate to dismiss this action with prejudice.

There are no longer any issues in this matter between the Parties to be determined by this Court. The Parties hereby stipulate that all claims, causes of action and counter-claims asserted in this matter are dismissed with prejudice, with all costs and attorney fees to be paid by the party incurring same.

Respectfully submitted,

By: */s/ Gregg D. Stevens*
**GREGG D. STEVENS**
State Bar No. 19182500
**FRANK J. CATALANO**
State Bar No. 24052991
**MCGLINCHEY STAFFORD, PLLC**
6688 N. Central Expressway, Suite 400
Dallas, Texas 75206
Telephone: (214) 445-2406
Facsimile: (214) 445-2450
gstevens@mcglinchey.com
fcatalano@mcglinchey.com

*ATTORNEYS FOR DEFENDANT JPMORGAN CHASE BANK, N.A.*

By: */s/ Amy L.B. Ginsburg*
**AMY L.B. GINSBURG, ESQ.**
State Bar No. 24107506
**KIMMEL & SILVERMAN, P.C.**
30 East Butler Pike
Ambler, PA 19002
Telephone: (215) 540-8888 ext. 167
Facsimile: (877) 788-2864
Email: aginsburg@creditlaw.com

*ATTORNEYS FOR PLAINTIFF LANCE BILBERRY*